UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>Plaintiff,<br><br>v.<br><br>WENDY STILL, et al.,<br><br>Defendants. | Case No. 21-01742 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against various Defendants within Alameda County and elsewhere. Dkt. No. 1. On August 10, 2021, the Court dismissed the complaint with leave to amend to attempt to correct several deficiencies in the pleading. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim without further notice to Plaintiff. *Id.* at 6.

The deadline, September 8, 2021, has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

1  The Clerk shall terminate all pending motions and close the file.

2  **IT IS SO ORDERED.**

3  Dated: __October 5, 2021___

   BETH LABSON FREEMAN
   United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\01742McCullom_dis-compl.